UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 98-7574

---

EMORY G. SNELL, JR.,

Plaintiff - Appellant,

versus

LESTER RICH, Special Agent of the Bureau of
Alcohol, Tobacco & Firearms, Charleston Divi-
sion, and others as yet unknown,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of
South Carolina, at Orangeburg. Falcon B. Hawkins, Chief District
Judge. (CA-96-3422-5-11JI)

---

Submitted: March 11, 1999          Decided: March 17, 1999

---

Before WIDENER and LUTTIG, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Emory G. Snell, Jr., Appellant Pro Se. Joseph Parkwood Griffith,
Jr., OFFICE OF THE UNITED STATES ATTORNEY, Charleston, South Caro-
lina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Emory G. Snell, Jr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint.[*] We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Snell v. Rich, No. CA-96-3422-5-11JI (D.S.C. Sept. 30, 1998). We deny Snell's four motions for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The district court properly construed Snell's complaint as one filed under Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).

2